UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ABBA COHEN,
JASON CRYSTAL, and
MILES CONNORS,

Defendants.

**UNSEALING ORDER**

S1 25 Cr. 444

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Kevin Grossinger;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is not recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
October 16, 2025

HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

Wheel B: J. Daniels /ofw Oct 16, 2025