

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2025

**By ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Abba Cohen et al.*, S1 25 Cr. 444 (GBD)

Dear Judge Daniels:

    The Government writes jointly on behalf of the parties to respectfully request that the Court schedule an initial conference for defendants Abba Cohen and Jason Crystal on November 5, 2025, at 11:30 a.m. The parties understand that date and time are convenient for the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Getzel Berger
    Kevin Grossinger
    Assistant United States Attorneys
    Southern District of New York

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 2 3 2025