**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

ABBA COHEN et al.

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    ORDER

          24 Cr. 444 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Jason Cystal's request to modify his conditions of release to allow him to attend a convention in Nevada is DENIED.

Dated: December 10, 2025
New York, New York

                    SO ORDERED.

                    GEORGE B. DANIELS
                    United States District Judge