**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -against-

ABBA COHEN et al.

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

24 Cr. 444 (GBD)

**GEORGE B. DANIELS, United States District Judge:**

The status conference scheduled for September 17, 2026 is hereby adjourned to October 7, 2026 at 10:00 a.m.

Dated: July 14, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge