**COVINGTON**

BEIJING BOSTON BRUSSELS DUBAI FRANKFURT
JOHANNESBURG LONDON LOS ANGELES NEW YORK
PALO ALTO SAN FRANCISCO SEOUL SHANGHAI WASHINGTON

Covington & Burling LLP
30 Hudson Yards
New York, NY 10001-2170
T +1 212 841 1000

**Via ECF**

August 11, 2026

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

**Re: *United States v. Cohen et al*, 25-cr-00444 (GBD)**

Dear Judge Daniels:

Defendant Miles Connors respectfully requests an additional three-week extension of Defendants' deadline to make defense motions, from August 17, 2026 until September 8, 2026. Mr. Connors is continuing with productive plea negotiations with the Government; a three-week extension of the time to make motions would facilitate this process. This is Mr. Connors' second request for an extension. Defendants Cohen and Crystal join in this motion, and the Government consents to this request.

A three-week extension would adjust the deadlines for Defendants to make motions as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| **Defendants' motions due** | August 17, 2026 | September 8, 2026 |
| **Government's opposition briefs due** | September 14, 2026 | October 6, 2026 |
| **Defendants' reply briefs due** | September 28, 2026 | October 20, 2026 |

Mr. Connors also respectfully requests that the status conference currently scheduled for October 7, 2026 be continued until a time convenient for the Court later in October or in November 2026.

CC: All counsel of record via ECF

Respectfully submitted,

/s/ Seema Sabu
Seema Sabu

*Counsel for Defendant Connors*

**The briefing schedule is updated as requested. The October 7, 2026 conference is ADJOURNED until November 19, 2026 at 10:00 A.M. The Clerk of Court is directed to close ECF Nos. 51, 52.**

SO ORDERED:

George B. Daniels
George B. Daniels, U.S.D.J.

Dated: AUG 17 2026