**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2026

**BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Abba Cohen et al.*, 25 Cr. 444 (GBD)**

Dear Judge Daniels:

In light of the adjournment of the October 7, 2026 conference to November 19, 2026, the Government respectfully requests the exclusion of time through the next conference date of November 19, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice served by such an exclusion outweigh the best interest of the public and the defendants in a speedy trial insofar as the exclusion would allow defense counsel to review the discovery materials and contemplate any motions, and to allow the parties to discuss potential pre-trial resolutions.

The Government has conferred with counsel for all three defendants, all of whom indicated that they have no objection to this request.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By: ______________________________
Getzel Berger / Kevin Grossinger
Assistant United States Attorneys
(212) 637-1061 / 2426

cc: All counsel (by ECF)