**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*v.*<br><br>ABBA COHEN & JASON CRYSTAL,<br><br>*Defendants.* | ORDER<br><br>No. 25-CR-444 |

**GEORGE B. DANIELS, United States District Judge:**

This Court's October 8, 2026, endorsement adjourned the status conference scheduled for December 11, 2026, to January 12, 2027, at 9:45 AM. (ECF No. 69.) That adjournment applies to both Defendants, Abba Cohen and Jason Crystal.

Accordingly, the December 11, 2026, status conference—as to both Defendants—is **ADJOURNED** to January 12, 2027, at 9:45 AM.

**SO ORDERED.**

Dated: OCT 2 0 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE