**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*v.*<br>ABBA COHEN & JASON CRYSTAL,<br>*Defendants.* | ORDER<br>25-CR-444 |

**GEORGE B. DANIELS, United States District Judge:**

Defendant Jason Crystal's deadline to file his pretrial motions is **EXTENDED** to **December 7, 2026**. Defendant Abba Cohen, who has already filed his pretrial motions, (ECF No. 66), will follow the same briefing schedule as Crystal:

(1) the Government's oppositions are due **January 7, 2027**; and

(2) the Defendants' replies, if any, are due **January 21, 2027**.

The status conference scheduled for January 12, 2027, is **ADJOURNED**, as to both Defendants, to **February 10, 2027, at 10:00 AM**. Time is excluded in the interest of justice through February 10, 2027.

The Clerk of Court is respectfully directed to **CLOSE** the letter motion at ECF No. 73.

**SO ORDERED.**

Dated: NOV 04 2026
New York, New York

George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE